**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN** JDIS1 ✓
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:16CR40(01) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Hubert Wright | Notice of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
508 W. Fourth Street, Tyler, Texas

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

CATS ID #16-ATF-024491; ATF #781070-15-0066

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Suzanne Wimberley, CP, FSA Paralegal III
USAO
110 N. College, Suite 700
Tyler TX 75702   Suzanne.Wimberley@usdoj.gov

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 19 2017

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

DEPUTY

Fold                                                                                       Fold

Please effect personal service upon Carla Sue Wright, 3617 Jan Avenue, Tyler, Texas, with the attached Notice of Forfeiture.

| Signature of Attorney other Originator requesting service on behalf of: ⊠ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Tim Noble By: Suzanne Wimberley | 903-590-1400 | 1/12/17 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 78 | No. 78 | Denise Reynolds | 1-12-17 |

I hereby certify and return that I ⊠ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only if different than shown above)* | Date | Time | |
|---|---|---|---|
| 435 S. Bois D Arc Ave Tyler, TX 75702 | 1/18/17 | 4:08 | ☐ am ⊠ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 8.02 | 0 | 73.02 | | $0.00 |

REMARKS:
1/18/17: 1 DUSm, 1 hour, 15 miles

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00