# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 6:16CR40 |
| | § | |
| HUBERT WRIGHT | § | |

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes James Huggler and enters this his appearance of counsel of record and in support thereof shows:

James Huggler has been retained by Petitioner Carla Wright to represent her interest of in forfeiture actions pending in this court as a result of this criminal proceeding.

James Huggler requests that he be listed as counsel of record for Carla Wright and that he receive all notices in this case.

                Respectfully submitted,

                Law Office of James W. Huggler, Jr.
                100 E. Ferguson, Suite 805
                Tyler, Texas 75702
                Tel: (903) 593-2400
                Fax: (903) 593-3830
                jhugglerlaw@sbcglobal.net

By: /s/
    James Huggler
    State Bar No. 00795437
    Attorney for Carla Wright

## CERTIFICATE OF SERVICE

This is to certify that on the 24th of January 2017, all counsel of record have been served electronically by the CM/ECF system, or have been served by regular United States mail.

/s/
James Huggler

## CERTIFICATE OF CONFERENCE

This is to certify that Counsel for the Petitioners has contacted Mr. James M. Noble, the assigned Assistant United States Attorney, and advised him of his representation.

/s/
James Huggler